UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DAYMEYAN BURTON, | Case No. 2:22-cv-01087-GMN-VCF |
|---|---|
| Plaintiff | **ORDER** |
| v. | |
| C/O ROHAN, | |
| Defendant | |

**I.    DISCUSSION**

On July 8, 2022, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*. (ECF Nos. 1-1, 1.)  Plaintiff's application to proceed *in forma pauperis* is incomplete.  <u>Plaintiff has not submitted a financial certificate or an inmate account statement for the previous six-month period with his application</u>.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $402 filing fee.  To apply for *in forma pauperis* status, the inmate must submit <u>all three</u> of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **<u>inmate's prison or jail trust fund account statement for the previous six-month period</u>**.

Accordingly, the Court denies Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) without prejudice because the application is incomplete.  The Court will grant Plaintiff a **one-time extension** to file a fully complete application to proceed *in forma*

1  *pauperis* containing all three of the required documents. Plaintiff will file a fully complete
2  application to proceed *in forma pauperis* on or before **September 21, 2022**. Absent
3  unusual circumstances, the Court will <u>not</u> grant any further extensions of time. If Plaintiff
4  does not file a fully complete application to proceed *in forma pauperis* with all three
5  required documents on or before **September 21, 2022**, this case will be subject to
6  dismissal <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is
7  able to acquire all three of the documents needed to file a fully complete application to
8  proceed *in forma pauperis* or pays the full $402 filing fee.

9        A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the
10 case with the Court, under a new case number, when Plaintiff has all three documents
11 needed to submit with the application to proceed *in forma pauperis*. Alternatively, Plaintiff
12 may choose not to file an application to proceed *in forma pauperis* and instead pay the
13 full filing fee of $402 on or before **September 21, 2022,** to proceed with this case.

14       The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1) but the Court
15 will not file the complaint unless and until Plaintiff timely files a fully complete application
16 to proceed *in forma pauperis* with all three documents or pays the full $402 filing fee.

17 **II.  CONCLUSION**

18       For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed
19 *in forma pauperis* (ECF No. 1) is denied without prejudice to file a new fully complete
20 application to proceed *in forma pauperis* with all three documents.

21       IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the
22 approved form application to proceed *in forma pauperis* by an inmate, as well as the
23 document entitled information and instructions for filing an *in forma pauperis* application.

24       IT IS FURTHER ORDERED that on or before **September 21, 2022**, Plaintiff will
25 either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and
26 the $52 administrative fee) or file with the Court:

27     (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this
28         Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two

signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $402 filing fee for a civil action on or before **September 21, 2022**, this case will be subject to dismissal without prejudice for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the the full $402 filing fee.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No. 1-1) but will not file it at this time.

DATED: 7-21-2022

_____
UNITED STATES MAGISTRATE JUDGE