UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAYMEYAN BURTON, | Case No.  2:22-cv-01087-GMN-VCF |
| Plaintiff, | ORDER |
| v. | |
| C/O ROHAN, et al., | |
| Defendants. | |

Plaintiff Daymeyan Burton filed an updated address, indicating that he is not longer incarcerated.  (ECF No. 15.)  As such, the Court denies Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 4) as moot.  The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $402.  If Plaintiff fails to file an application to proceed *in forma pauperis*, or pay the full $402 filing fee with thirty days, this case will be subject to dismissal without prejudice.

FOR THE FOREGOING REASONS, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 4) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED THIS ___20th___ day of April 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1