UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAYMEYAN BURTON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>C/O ROHAN, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:22-cv-01087-GMN-VCF<br><br>ORDER |

### I. DISCUSSION

On April 20, 2023, the Court denied Plaintiff's application to proceed *in forma pauperis* for prisoners as moot and directed Plaintiff to file a fully complete application to proceed *in forma pauperis* for non-prisoners or pay the full filing fee of $402. (ECF No. 20.) Plaintiff has not filed an application to proceed *in forma pauperis* for non-prisoners, paid the $402 filing fee, or otherwise responded to the Court's order.

In light of Plaintiff's *pro se* status, the Court will give him an extension until **June 30, 2023**, to file a fully complete application to proceed *in forma pauperis* for non-prisoners or pay the full filing fee of $402. If Plaintiff fails to file a fully complete application to proceed *in forma pauperis* for non-prisoners or pay the full filing fee of $402 by **June 30, 2023,** this case will be subject to dismissal without prejudice.

### II. CONCLUSION

FOR THE FOREGOING REASONS, IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that by **June 30, 2023**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

///

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED THIS 31st day of May 2023.

_____
UNITED STATES MAGISTRATE JUDGE